[Nos. 18559-1-III; 18769-1-III;   Division Three.   April 10, 2003.]
19671-2-III; 19672-1-III.

*In the Matter of the Estate of* HERMAN L. MARTIN.

*In the Matter of the Estate of* PENNY D. MARTIN.

GREGORY C. MARTIN, *Respondent*, v. PENNY D. MARTIN, ET AL.,
*Appellants.*

Appeals from judgments of the Superior Court for Walla Walla County, Nos. 88-4-00074-1, 90-2-00128-9, and 94-4-00192-1, Donald W. Schacht, J., entered June 9 and September 3, 1999, and October 23, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.

[Nos. 46948-7-I; 47841-9-I.   Division One.   April 14, 2003.]

*In the Matter of the Marriage of* HEATHER C. STARK,
*Respondent,* and JOHN H. BRUNSMAN, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 99-3-02274-6, Donald D. Haley, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Appelwick, JJ.

[No. 49372-8-I.   Division One.   April 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KYMBERLY L.
GARNETT, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 99-1-00687-8, John M. Meyer, J., entered September 19, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Appelwick, J.